

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Isabelle Edwards, Appellant

No. 06-20-00105-CV        v.

Boxer Property Management Corporation,
Appellee

Appeal from the 193rd District Court of Dallas County, Texas (Tr. Ct. No. DC-19-08079). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Isabelle Edwards, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 6, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk